## Brobst *v.* City of Williamsport, Appellant.

Argued Feb. 16, 1910. Appeal, No. 406, Jan. T., 1909, by defendant, from judgment of C. P. Lycoming Co., Sept. T., 1908, No. 452, on verdict for plaintiff in case of William M. Brobst v. The City of Williamsport. Before FELL, C. J., MESTREZAT, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

Trespass to recover damages for personal injuries.

*Frank P. Cummings,* city solicitor, for appellant.

*Charles J. Reilly,* for appellee.

OPINION BY MR. JUSTICE STEWART, March 28, 1910:

The questions raised in this appeal are the same as those raised in No. 405, January Term, 1909, ante, p. 591. The ap-

pellee here recovered in the court below for injuries received in the same accident that was the basis of recovery in that case. Both cases were argued together, the facts and the law governing being the same in each. For the reasons stated in the opinion filed in No. 405, January Term, 1909, the assignments of error in this case are overruled, and the judgment is affirmed.